DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHAD KRUEGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0956

_____

April 24, 2026

Appeal from the Circuit Court for Manatee County; Frederick Mercurio, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.